IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT N. JOHNSON, | ) | |
| | ) | 2:05-cv-2481-GEB-GGH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE:  SETTLEMENT |
| | ) | AND DISPOSITION |
| LEIGH RYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 21, 2006, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Therefore, dispositional documents shall be filed no later than April 10, 2006.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for April 17, 2006, is reset for hearing on May 15, 2006, in the event that no dispositional

/////

/////

/////

1

1  documents are filed, or if this action is not otherwise dismissed.
2  Further, a joint status report shall be filed fourteen days prior to
3  the status conference.[1]
4        Nothing in this order relieves the parties from their
5  obligation to comply with the Order to Show Cause, which was filed on
6  March 15, 2006.  If a hearing is requested on the OSC, it will be
7  held on May 15, 2006.
8        IT IS SO ORDERED.
9  Dated:  March 24, 2006

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2